

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00070-CV

**THE CITY OF FLORESVILLE**; Marissa Ximenez, in her official capacity as City of Floresville Council Member, Place 1; Gloria E. Martinez, in her official capacity as City of Floresville Council Member, Place 2; Juan Ortiz, in his official capacity as City of Floresville Council Member, Place 3; Gerard Jimenez, in her official capacity as City of Floresville Council Member, Place 4; Gloria Morales Cantu, in her official capacity as City of Floresville Council Member, Place 5; and Monica Veliz, in her official capacity as the City of Floresville City Secretary
Appellants

v.

Cecilia 'Cissy' **GONZALEZ-DIPPEL**, in her official capacity as Mayor of the City of Floresville, Nick Nissen, David Johns and Paul W. Sack,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW1912897
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

     Appellees' Emergency Motion to Dissolve Stay and For Expedited Briefing Schedule and Appeal is DENIED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.



MICHAEL A. CRUZ,
Clerk of Court